| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Lobster SH Ltd.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Acqua Productions Systems** 293 Park Rd Elmsdale, NS B2S 0G3 Canada | | | | | | $30,000.00 |
| **Brandon Amburg** 1392 Marshall Rd Kinstong, NS, B0P1R0 Canada | | | | | | $6,500.00 |
| **CanAm Bait** 3600, NB-505 Rexton, NB E4W 1R1 Canada | | | | | | $8,252.64 |
| **Cap Lumiere Fishing Supplies** 3756, Route 505 Richibouctou-Village NB E4W 1R2 Canada | | | | | | $25,000.00 |
| **Ceilidh Fishermen's Co-op Ltd** 158 Main St Port Hood, NS B0E 2W0 Canada | | | | | | $248,550.00 |
| **Cushman & Wakefield of Illinois, Inc.** PO Box 9296 New York, NY 10087 | | | | | | $11,716.40 |

Debtor **Lobster SH Ltd.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Five Reasons Fisheries Ltd.**<br>**72 Thoroughfare Rd**<br>**Grand Manan, NB**<br>**E5G 1G6**<br>**Canada** | | | | | | $65,892.00 |
| **FR Marine Diesel Plus Inc**<br>**156 chemin Albes**<br>**St-Charles, NB, E4W 4K4**<br>**Canada** | | | | | | $25,000.00 |
| **Fred Fernandez**<br> **58 Main St W**<br>**Saint John, NB E2M 3N3**<br>**Canada** | | | | | | $18,975.00 |
| **GFL**<br>**120 Ashburn Lake Rd Unit 2**<br>**Saint John NB E2J 5E2**<br>**Canada** | | | | | | $6,135.65 |
| **Jody Pratt**<br>**8 North Street**<br>**Rexton, NB, E4W 2C4**<br>**Canada** | | | | | | $6,000.00 |
| **John W Cook Trucking Ltd**<br>**24 Steeves Crescent**<br>**Rothesay NB E2S 1C2**<br>**Canada** | | | | | | $28,900.00 |
| **Nagle Leasing & Rentals Inc.**<br>**315 McAllister Drive**<br>**Saint John, NB, E2J 2S8**<br>**Canada** | | | | | | $160,000.00 |
| **Ndigital**<br>**16 Queen Elizabeth Blvd**<br>**Toronto, ON M8Z 1L8**<br>**Canada** | | | | | | $35,000.00 |
| **Pier 99**<br> **2529 ch Acadie**<br>**Cap-Pele, NB, E4N 1B7**<br>**Canada** | | | | | | $33,000.00 |

Debtor **Lobster SH Ltd.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ray Murphy Trucking**<br>**374 Pearson Rd**<br>**Pearsonville NB E5P 1S3**<br>**Canada** | | | | | | $23,800.00 |
| **Richard Marine Sales and Servi**<br>**423 chemin de la Pointe**<br>**Richibouctou-Village, NB, E4W**<br>**Canada** | | | | | | $25,000.00 |
| **Richboro Port Authority**<br>**9361 Main St.**<br>**Richibuc, NB, E4W 4B6**<br>**Canada** | | | | | | $25,000.00 |
| **Taralyn Van Norden**<br>**1834 Port La Tour Rd Bx 1 Cmp0**<br>**Barrington, NS B0W 1E0**<br>**Canada** | | | | | | $6,200.00 |
| **Tor Bay Fisheries**<br>**472 Tor Bay Branch Rd**<br>**Larrys River, NS B0H 1T0**<br>**Canada** | | | | | | $337,000.00 |