ARCHER & GREINER, P.C.                      **Hearing Date:** December 18, 2023 at 2:00 p.m.
Stephen M. Packman
Mariam Khoudari
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
Phone: (215) 963-3300
Fax: (215) 963-9999
spackman@archerlaw.com
mkhoudari@archerlaw.com

*Proposed Counsel for Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LOBSTER BOYS LLC,<br><br>Debtor. | Chapter 11<br>(Subchapter V)<br><br>Case Number: 23-11986 |
| In re:<br><br>LOBSTER SH LTD,<br><br>    Debtor. | Chapter 11<br>(Subchapter V)<br><br>Case Number: 23-11987 |
| In re:<br><br>LOBSTERBOYS LTD,<br><br>    Debtor. | Chapter 11<br>(Subchapter V)<br><br>Case Number: 23-11989 |
| In re:<br><br>LOBSTERBOYS DH REALTY LTD,<br><br>    Debtor. | Chapter 11<br>(Subchapter V)<br><br>Case Number: 23-11990 |

| | |
|---|---|
| In re:<br><br>LOBSTERBOYS CHICAGO LLC,<br><br>    Debtor. | Chapter 11<br>(Subchapter V)<br><br>Case Number: 23-11991 |
| In re:<br><br>LINDY INC.,<br><br>    Debtor. | Chapter 11<br>(Subchapter V)<br><br>Case Number: 23-11992 |
| In re:<br><br>LB LOGISTICS, LLC,<br><br>    Debtor. | Chapter 11<br>(Subchapter V)<br><br>Case Number: 23-11993 |
| In re:<br><br>100 SHORE RD LTD,<br><br>    Debtor. | Chapter 11<br>(Subchapter V)<br><br>Case Number: 23-11994 |
| In re:<br><br>L.B. LAND TRUST INC.,<br><br>    Debtor. | Chapter 11<br>(Subchapter V)<br><br>Case Number: 23-11995 |

**NOTICE OF INTERIM HEARING ON DEBTORS' MOTION
SEEKING TO USE CASH COLLATERAL OF TORONTO-DOMINION BANK
ON AN INTERIM AND FINAL BASIS, GRANTING ADEQUATE PROTECTION
<u>AND SEEKING RELATED RELIEF WITH RESPECT TO THE FOREGOING</u>**

**PLEASE TAKE NOTICE** that an interim hearing on the *Debtors' Motion Seeking to Use Cash Collateral of Toronto-Dominion Bank on an Interim and Final Basis, Granting Adequate*

*Protection and Seeking Related Relief with Respect to the Foregoing* [ECF No. 5] (the "**Motion**")[1] of the debtors and debtors in possession in the above-captioned chapter 11 case (collectively, the "**Debtors**"), will be held before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 523, One Bowling Green, New York, New York, 10004 (the "**Bankruptcy Court**") on **December 18, 2023 at 2:00 p.m.** (the "**Hearing**"), or as soon thereafter as counsel may be heard.

      **PLEASE TAKE FURTHER NOTICE** that parties wishing to appear at the Hearing, must make an electronic appearance utilizing the Electronic Appearance portal located at the Court's website at: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl

      **PLEASE TAKE FURTHER NOTICE** that copies of the Motion and other case filings can be viewed and/or obtained by (i) accessing the Bankruptcy Court's Website for a fee, or (ii) contacting the Office of the Clerk of the United States Bankruptcy Court, Southern District of New York. Please note that a PACER password is required to access documents on the Bankruptcy Court's Website.

---

[1] Capitalized terms used but not herein defined have the meanings ascribed to them in the Motion.

Date:  December 13, 2023					**ARCHER & GREINER, P.C.**

*/s/ Stephen M. Packman*
Stephen M. Packman
Mariam Khoudari
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
Phone: (215) 963-3300
Fax: (215) 963-9999
spackman@archerlaw.com
mkhoudari@archerlaw.com

*Proposed Counsel for Debtors*

228163261 v1